Submitted August 5, reversed September 28, 2016

In the Matter of P. M. W.,
a Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

P. M. W.,
*Appellant.*

Multnomah County Circuit Court
16CC02009; A162075

381 P3d 1102

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Shorr, Judge.

PER CURIAM

Reversed. *State v. M. T.*, 244 Or App 299, 258 P3d 1288 (2011).